# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MORTGAGE PAYMENT PROTECTION, INC.,**

**Plaintiff,**

-vs-  Case No. 6:08-cv-1212-Orl-22DAB

**CYNOSURE FINANCIAL, INC. and VIRGINIA SURETY COMPANY, INC.,**

**Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR JUDGMENT ON THE PLEADINGS (Doc. No. 39)**
>
> **FILED:** **December 3, 2008**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** as moot.

> **MOTION:** **MOTION TO AMEND COMPLAINT (Doc. No. 42)**
>
> **FILED:** **December 12, 2008**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

| | |
|---|---|
| **MOTION:** | **MOTION FOR JOINDER (Doc. No. 46)** |
| **FILED:** | **December 15, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** as moot.

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO FILE REPLY BRIEF (Doc. No. 47)** |
| **FILED:** | **December 29, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** as moot.

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO FILE REPLY (Doc. No. 49)** |
| **FILED:** | **January 12, 2009** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** as moot.

The Court declines to address the viability of claims made in a proposed Amended Complaint in the piecemeal fashion the motions suggest. As Plaintiff has not abused the right to amend, and the amendment is timely, it is **respectfully recommended** that the amendment be allowed, mooting the remaining motions. Any objections to the Amended Complaint can then be made by one properly supported motion to dismiss, if appropriate.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 20, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy