**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MORTGAGE PAYMENT PROTECTION, INC.,**

          **Plaintiff,**

**-vs-**                                      **Case No. 6:08-cv-1212-Orl-22DAB**

**CYNOSURE FINANCIAL, INC. and**
**VIRGINIA SURETY COMPANY, INC.,**

          **Defendants.**
_____

## ORDER

This cause is before the Court on pending motions.

The United States Magistrate Judge has submitted a report recommending that the Motion for Leave to File First Amended Complaint be granted, and deny the others as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 20, 2009 (Doc. No. 52) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Motion for Leave to File First Amended Complaint (Doc. No. 42) is GRANTED. Plaintiff shall file the First Amended Complaint within 5 days.

3. The Motion for Judgment on the Pleadings (Doc. No. 39), Motion for Joinder (Doc. No. 46), Motion for Leave to File Reply Brief (Doc. No. 47), and Motion for Leave to File Reply (Doc. No. 49) are DENIED as moot.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 5, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge